O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAQUAI WAKAI BATTEE,
Petitioner,
vs.
ERIC ARNOLD, Warden,
Respondent.

Case No. EDCV 13-1573-CAS (JPR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On July 2, 2014, Petitioner filed Objections to the R&R, in which he simply restates his substantive claims without directly addressing the Magistrate Judge's conclusion that the Petition is untimely. (See Objections at 2.) He attached to the Objections various documents, mostly medical records already reviewed by the Magistrate Judge and showing that he has recently suffered from depression but his "thought process" has stayed within normal limits. (See, e.g., Objections, Ex. B at 4, 6.) As to his

alleged vision problems, the first page of Exhibit B shows that earlier this year Petitioner "self-identified" himself as being blind or vision impaired, but a doctor concluded upon examining Petitioner that his claimed disability was "not supported."

The Court therefore accepts the findings and recommendations of the Magistrate Judge. IT IS ORDERED that the Petition is denied without leave to amend because it is untimely, Petitioner's request for appointment of counsel is denied, and Judgment be entered dismissing this action with prejudice.

DATED: July 22, 2014

CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE