JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAQUAI WAKAI BATTEE,           ) Case No. EDCV 13-1573-CAS (JPR)

              Petitioner,     )

        vs.                    )

ERIC ARNOLD, Warden,           )          **J U D G M E N T**

           Respondent.     )

_____  )


    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


DATED: July 22, 2014

_____
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE

1